# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:19-CR-53** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **GTBK MARKETING,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 8th day of May, 2019, upon consideration of the deferred prosecution agreement ("DPA"), (Doc. 3), between the United States and GTBK Marketing ("GTBK"), and in accordance with the accompanying memorandum, it is hereby ORDERED that:

1. The deferred prosecution agreement is APPROVED insofar as is required under 18 U.S.C. § 3161(h)(2).

2. All time accruing during the deferral period set forth in the DPA shall be excluded, pursuant to Section 3161(h)(2), from the Speedy Trial Act clock. The Clerk of Court shall exclude the time in the captioned action pursuant to the Speedy Trial Act and this order.

3. Initial appearance and arraignment on the information (Doc. 1) shall be scheduled by further order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania