# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:19-CR-53** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **GTBK MARKETING,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 17th day of July, 2019, upon consideration of the deferred prosecution agreement ("DPA"), (Doc. 3), between the United States and GTBK Marketing ("GTBK"), and in light of the new information received by the court, and in accordance with the accompanying memorandum, it is hereby ORDERED that:

1. The deferred prosecution agreement (Doc. 3) is REJECTED insofar as this court's approval is required under 18 U.S.C. § 3161(h)(2).

2. The parties' request to toll the Speedy Trial Act clock under Section 3161(h)(2) is DENIED.

3. Initial appearance and arraignment on the information (Doc. 1) will be scheduled by further order.

                                          /S/ CHRISTOPHER C. CONNER
                                          Christopher C. Conner, Chief Judge
                                          United States District Court
                                          Middle District of Pennsylvania